```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                             Case No. 18-01022-JAF
Rosanne D Sherman                                                  Chapter 7
         Debtor                 CERTIFICATE OF NOTICE
District/off: 113A-3          User: hjeff              Page 1 of 3                   Date Rcvd: Apr 02, 2018
                              Form ID: 309A            Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db             +Rosanne D Sherman,    P.O. Box 953,    Fairfield, FL 32634-0953
tr              Aaron R. Cohen,    P.O. Box 4218,    Jacksonville, FL 32201-4218
27472016       +ARSI,    555 St Charles Drive Ste 110,    Thousand Oaks, CA 91360-3982
27472015       +AlliedInterstate,    3000 Corporate Exchange Dr,    5th Floor,    Columbus, OH 43231-7689
27472019       +Bay Area Credit Service, LLC,    P.O. Box 467600,    Atlanta, GA 31146-7600
27472026       +Citicards/Office Depot,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
27472028       +Crippen, Trice, Ford,,    Torres, LLP,    1900 SE 18th Avenue,    Ocala, FL 34471-8235
27472029       +Dolphin Emergency Physicians,    P.O. Box 7477,    Philadelphia, PA 19101-7477
27472030       +Dynamic Recovery Solutions,    135 Interstate Blvd,    Greenville, SC 29615-5720
27472037       +FMA Alliance Ltd,    12339 Cutten Road,    Houston, TX 77066-1807
27472033       +First Savings Bk-Blaze,    P.O. Box 5065,    Sioux Falls, SD 57117-5065
27472034       +First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD 57117-5019
27472036       +Flat Glass Distributors,    P.O. Box 41146,    Jacksonville, FL 32203-1146
27472038       +Frederick J Hanna &,    Associates, P.C.,    1427 Roswell Rd,    Marietta, GA 30062-3668
27472039       +Greg Tucci , Esq,    225 NE 8th Ave,    Ocala, FL 34470-6727
27472041       +Home Depot/Citibank,    P.O. Box 790345,    Saint Louis, MO 63179-0345
27472045       +John C Cox, Esq.,    P.O. Box 90260,    Indianapolis, IN 46290-0260
27472046       +John Pickett,    860 Horton Rd,    Muskegon, MI 49445-1943
27472053       +Marion County Board of,    County Commissioners,    P.O. Box 919265,    Orlando, FL 32891-0001
27472054       +Marion County Board of Co,    Commissioners,    2631 SE 3rd Street,    Ocala, FL 34471-9101
27472012       +Marion County Tax Collector,    P.O. Box 970,    Ocala FL 34478-0970
27472056       +Mercantile Adjustment Bureau,    P.O. Box 9016,    Williamsville, NY 14231-9016
27472061       +Munroe Pathology Associates,    P.O. Box 63069,    Charleston, SC 29419-3069
27472063       +Norandex Building,    Materials Dist,    839 NW 25th Avenue,    Ocala, FL 34475-5789
27472065       +Pendrick Capital Partners,    c/o Dynamic Recovery Solutio,    135 Interstate Blvd,
                 Greenville, SC 29615-5720
27472066       +Poma Glass & Specialty,    Windows, Inc d/b/a AGC,    Flat Galss North America,    P.O. Box 3506,
                 Orlando, FL 32802-3506
27472068       +Professional Bureau of,    Collections of Maryland, Inc,    P.O. Box 628,
                 Elk Grove, CA 95759-0628
27472069      ++ROSMAN ADJUSTMENT CORP,    1456 PERIWINKLE WAY,    SUITE C,    SANIBEL FL 33957-4509
                (address filed with court: RAC,     P.O. Box 1247,    Northbrook, IL 60065)
27472070       +Radiology Assoc of Ocala,    P.O. Box 6200,    Ocala, FL 34478-6200
27472073       +Sandra Pickett Trust,    5521 West 80th St,    Fremont, MI 49412-7321
27472074       +Shands Healthcare,    Patient Financial Services,    P.O. Box 100334,
                 Gainesville, FL 32610-0334
27472076       +Staples/Citibank,    P.O. Box 790449,    Saint Louis, MO 63179-0449
27472077       +Stephen Charles Gromak,    1240 11 Mile Rd,    Auburn, MI 48611-9760
27472078       +Sterling Jewelers, Inc,    PO Box 1799,    Akron, OH 44309-1799
27472079       +Stoneleigh Recovery Asso.,    PO Box 1479,    Lombard, IL 60148-8479
27472080       +SunBelt Rentals, Inc,    P.O. Box 409211,    Atlanta, GA 30384-9211
27472084       +Talking Phone Book,    c/o Mercantile Adjustment,    Bureau, LLC,    P.O. Box 9016,
                 Williamsville, NY 14231-9016
27472085       +Technical Glass Products,    881 Calender Blvd,    Painesville, OH 44077-1218
27472086       +The Star Banner,    P.O. Box 490,    Ocala, FL 34478-0490
27472087       +The Talking Phone Book,    c/o CCC of NY,    P.O. Box 288,    Tonawanda, NY 14151-0288
27472089       +Timberridge ER Dept,    P.O. Box 6000,    Ocala, FL 34478-6000
27472091       +US Dept of Education/GL,    P.O. Box 7859,    Madison, WI 53707-7859
27472090       +University of Florida,    Physicians/FCPA,    P.O. Box 3475,    Toledo, OH 43607-0475
27472093       +Vital Recovery Services, Inc,    P. O. Box 923748,    Norcross, GA 30010-3748
27472095       +Wesco Insurance,    P.O. Box 850300,    Yukon, OK 73085-0300
27472096       +William M Lindeman, PA,    P.O. Box 3506,    Orlando, FL 32802-3506
27472098       +Zakheim Law Group, P.A.,    1133 S University Dr, 2nd FL,    Plantation, FL 33324-3303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: fawn@fawnsingletary.com Apr 02 2018 23:37:49      Fawn Singletary,
                 2600 SE Lake Weir Avenue,    Ocala, FL 34471
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Apr 02 2018 23:38:40
                 United States Trustee - JAX 13/7,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
27472014        EDI: MERRICKBANK.COM Apr 03 2018 03:28:00      Advanta Bank Corp/,    Advanta Credit Cards,
                 P.O. Box 30715,    Salt Lake City, UT 84130
27472032        EDI: BANKAMER.COM Apr 03 2018 03:28:00      FIA Card Services,    P.O. Box 982234,
                 El Paso, TX 79998
27472017        EDI: BANKAMER.COM Apr 03 2018 03:28:00      Bank of America/,    FIA Card Services, N.A.,
                 P.O.Box 982238,    El Paso, TX 79998-2238
27472020       +E-mail/Text: rmckay@biehlcollects.com Apr 02 2018 23:39:47      Biehl & Biehl, Inc,
                 P.O. Box 87410,    Carol Stream, IL 60188-7410
27472021        +EDI: CAPITALONE.COM Apr 03 2018 03:28:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
27472022        +EDI: CAPITALONE.COM Apr 03 2018 03:28:00      Capital One Bank (USA), N.A.,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
```

```
District/off: 113A-3          User: hjeff                 Page 2 of 3                   Date Rcvd: Apr 02, 2018
                              Form ID: 309A               Total Noticed: 88
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
27472023      +EDI: MERRICKBANK.COM Apr 03 2018 03:28:00      Carson Smithfield, LLC,    P.O. Box 9216,
               Old Bethpage, NY 11804-9016
27472024      +EDI: CHASE.COM Apr 03 2018 03:28:00      Chase Bank/Bank One Card Svc,    P.O. Box 15298,
               Wilmington, DE 19850-5298
27472025      +EDI: CHASE.COM Apr 03 2018 03:28:00      Chemical Bank,    800 Brooks Edge Blvd,
               Westerville, OH 43081-2822
27472027      +EDI: RCSFNBMARIN.COM Apr 03 2018 03:28:00      Credit One Bank,    P.O. Box 98873,
               Las Vegas, NV 89193-8873
27472031      +E-mail/Text: bknotice@ercbpo.com Apr 02 2018 23:39:01      Enhanced Recovery Co LLC,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
27472035      +EDI: FSAE.COM Apr 03 2018 03:29:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
               Amherst, NY 14228-3609
27472013       EDI: FLDEPREV.COM Apr 03 2018 03:28:00      Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL 32314-6668
27472040       E-mail/Text: bankruptcy@gulfcoastcollection.com Apr 02 2018 23:38:39      Gulf Coast Collection,
               5690 Marquesas Circle,    Sarasota, FL 34233
27472042      +EDI: IRS.COM Apr 03 2018 03:29:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
27472043      +EDI: RMSC.COM Apr 03 2018 03:28:00      JCPenney/SYNCB,    Attn: Bankruptcy Dept,
               P.O. Box 965064,    Orlando, FL 32896-5064
27472044      +EDI: RMSC.COM Apr 03 2018 03:28:00      JCPenney/SYNCB/GE,    Attn: Bankruptcy Dept,
               P.O. Box 965060,    Orlando, FL 32896-5060
27472048      +E-mail/Text: BKRMailOPS@weltman.com Apr 02 2018 23:38:43      Kay Jewelers,    375 Ghent Rd,
               Akron, OH 44333-4600
27472049      +EDI: CBSKOHLS.COM Apr 03 2018 03:28:00      Kohls,    PO Box 3115,    Milwaukee, WI 53201-3115
27472050      +EDI: LTDFINANCIAL.COM Apr 03 2018 03:28:00      LTD Financial Services, LP,
               7322 SW Freeway, Suite 1600,    Houston, TX 77074-2134
27472051      +EDI: RESURGENT.COM Apr 03 2018 03:28:00      LVNV Funding , LLC,    P.O. Box 10497,
               Greenville, SC 29603-0497
27472060      +E-mail/Text: jennifer@mjaltman.com Apr 02 2018 23:39:55      MJ Altman Compaines,
               P.O. Box 3070,    Ocala, FL 34478-3070
27472052      +EDI: TSYS2.COM Apr 03 2018 03:28:00      Macy's/DSNB,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
27472055      +E-mail/Text: bknotices@mbandw.com Apr 02 2018 23:39:16      McCarthy, Burgess & Wolff,
               The MB&W Building,    26000 Cannon Rd,    Cleveland, OH 44146-1807
27472057      +EDI: MERRICKBANK.COM Apr 03 2018 03:28:00      Merrick Bank Corp,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
27472058      +EDI: MID8.COM Apr 03 2018 03:28:00      Midland Credit Management,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
27472059      +EDI: MID8.COM Apr 03 2018 03:28:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
27472064      +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 02 2018 23:38:55      Oliphant Financial, LLC,
               9009 Town Center Parkway,    Bradenton, FL 34202-4185
27472067       EDI: PRA.COM Apr 03 2018 03:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502
27472071      +E-mail/Text: bk@rgsfinancial.com Apr 02 2018 23:38:14      RGS Financial,    P.O. Box 852039,
               Richardson, TX 75085-2039
27472072      +EDI: RMSC.COM Apr 03 2018 03:28:00      Sams Club /GECRB/SYNCB,    Attn: Bankruptcy Dept,
               P.O. Box 965060,    Orlando, FL 32896-5060
27472075      +E-mail/Text: sat_ardept@stanleyworks.com Apr 02 2018 23:38:50      Stanley Access Tech LLC,
               P.O. Box 0371595,    Pittsburgh, PA 15251-0001
27472082      +EDI: STF1.COM Apr 03 2018 03:29:00      SunTrust Bank,    P.O. Box 921819,
               Norcross, GA 30010-1819
27472081      +EDI: STF1.COM Apr 03 2018 03:29:00      SunTrust Bank,    7455 Chancellor Drive,
               Orlando, FL 32809-6213
27472083      +EDI: STF1.COM Apr 03 2018 03:29:00      SunTrust Mortgage Inc,    P.O. Box 85526,
               Richmond, VA 23285-5526
27472088      +EDI: CBS7AVE Apr 03 2018 03:29:00      Through the Country Door,    1112 7th Avenue,
               Monroe, WI 53566-1364
27472092      +EDI: WFNNB.COM Apr 03 2018 03:28:00      Victoria'sSecret/Comenity Bk,    Bankruptcy Department,
               P.O. Box 182125,    Columbus, OH 43218-2125
27472094      +EDI: RMSC.COM Apr 03 2018 03:28:00      Walmart/SYNCB,    Attn: Bankruptcy Dept,
               P.O. Box 965060,    Orlando, FL 32896-5060
27472097      +EDI: WFNNB.COM Apr 03 2018 03:28:00      World Financial Network,    National Bank Recovery,
               PO Box 182125,    Columbus, OH 43218-2125
                                                                                                TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27472018*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America/,     FIA Card Services, N.A.,    P.O. Box 982238,
               El Paso, TX 79998-2238)
27472047     ##+Joseph, Mann & Creed,    20600 Chagrin Blvd, Ste 550,    Shaker Heights, OH 44122-5340
27472062     ##+Murtha & Murtha, P.A.,    7640 North Wickham Rd,    Ste 121,    Melbourne, FL 32940-8147
                                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113A-3             User: hjeff                 Page 3 of 3                  Date Rcvd: Apr 02, 2018
                                 Form ID: 309A               Total Noticed: 88
```

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Aaron R. Cohen    acohen60@bellsouth.net,   vnhemingway@outlook.com,ahc@trustesolutions.net
              Fawn  Singletary    on behalf of Debtor Rosanne D Sherman fawn@fawnsingletary.com,
               suzanne@fawnsingletary.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Rosanne D Sherman** | Social Security number or ITIN  **xxx–xx–4833** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Florida** | Date case filed for chapter  **7**  **3/30/18** |
| Case number:  **3:18–bk–01022–JAF** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosanne D Sherman | |
| 2. | **All other names used in the last 8 years** | aka Rose Sherman, fka Rose Pickett | |
| 3. | **Address** | P.O. Box 953<br>Fairfield, FL 32634 | |
| 4. | **Debtor's attorney**<br>Name and address | Fawn Singletary<br>2600 SE Lake Weir Avenue<br>Ocala, FL 34471 | Contact phone 352–629–4858<br>Email: fawn@fawnsingletary.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Aaron R. Cohen<br>P.O. Box 4218<br>Jacksonville, FL 32201–4218 | Contact phone 904–389–7277 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Rosanne D Sherman** Case number **3:18–bk–01022–JAF**

| 6. | **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 North Hogan Street Suite 3–150 Jacksonville, FL 32202 | Hours open: Monday – Friday 8:30 AM – 4:00PM  Contact phone 904–301–6490  Date: April 2, 2018 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **May 3, 2018 at 03:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:  **FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** July 2, 2018 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

| | except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |