Certificate Number: 00927-FLM-DE-030840615

Bankruptcy Case Number: 18-01022



00927-FLM-DE-030840615

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 7, 2018</u>, at <u>11:20</u> o'clock <u>AM EDT</u>, <u>ROSANNE D SHERMAN</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>April 7, 2018</u>          By:   <u>/s/ELIZABETH N GARCIA for RICHARD A GARCIA</u>

                                    Name:   <u>RICHARD A GARCIA</u>

                                    Title:   <u>PRESIDENT and INSTRUCTOR</u>